To fit 771 DU-O-VUE® Envelope, fold along bottom of shaded strip    NEBS Inc., Groton, MA. 01471. To Order PHONE TOLL FREE 1-800-225-6380

PRODUCT 108

# INVOICE

**STATE LINE TRUCK SERVICE, INC.**
Authorized Mack Parts & Service
Route 12
FITZWILLIAM, NH 03447

(603) 585-6531

**No. 8002**

TO: Arcadia

DATE: 5-21-03

CUSTOMER ORDER NO.:
SALESPERSON:
VIA:
TERMS:

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 @ | 8U-7717MR | | |
| 1 | Broken U-Bolt | | |

*Thank You!*

ORIGINAL

StateLine 020