# STATE LINE TRUCK SERVICE, INC.

**Authorized Mack Parts & Service**
Route 12
FITZWILLIAM, NH 03447

(603) 585-6531

## INVOICE 8002

TO: Arcadia

DATE: 5-21-03

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 @ | 8U-7717MR | | |
| 1 | Broken V-Bolt | | |

ORIGINAL

Thank You!

StateLine 020